IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DIANNE BLACK,

    Plaintiff,

vs.                                        Case No. 1:13-cv-00668-KG-RHS

SMITH'S FOOD & DRUG CENTERS INC.,

    Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Joint Motion to Dismiss of the parties herein to dismiss with prejudice all causes of action herein and all causes of action that could have been brought herein, and the Court being otherwise fully advised in the premises, FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the *Complaint for Personal Injuries and Negligence* by Plaintiff, and all causes of action therein and all causes of action that could have been brought therein, is hereby dismissed with prejudice as against this Defendant.  All parties shall bear their own attorney fees and costs.

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

THE WAGGONER LEGAL GROUP

*/s/ William J. Waggoner*
William J. Waggoner
*Attorneys for Plaintiff Dianne Black*
529 W San Francisco St.
Santa Fe, NM 87501
(505) 983-3272
NMLaw@msn.com



BUTT, THORNTON & BAEHR, PC

*/s/ Candace J. Cavanaugh*
Candace J. Cavanaugh
*Attorneys for Defendants*
PO Box 3170
Albuquerque NM 87190
(505) 884-0777
cjcavanaugh@btblaw.com